IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENCODITECH LLC, | |
| Plaintiff, | Case No. 4:20-CV-3025 |
| vs. | Patent Case |
| BARTEC US Corporation, | Hon. Andrea R. Wood |
| Defendant. | |

**BARTEC US CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for BARTEC US Corporation ("BARTEC") states as follows:

BARTEC is a private corporation existing under the laws of the State of Oklahoma with a principal office located in Houston, Texas, and is wholly owned by its corporate parent, BARTEC US Holding Inc., a Delaware corporation, which is owned by BARTEC GmbH, a German company, which is owned by BARTEC Top Holding GmbH, a German company.

1

Dated:  September 30, 2020                              Respectfully submitted,

                                                        By:  */s/ Neil J. McNabnay*

   Neil J. McNabnay
   mcnabnay@fr.com
   Texas Bar No. 24002583
   Ricardo J. Bonilla (*pro hac* to be filed)
   rbonilla@fr.com
   Texas Bar No. 24082704
   Noel F. Chakkalakal (*pro hac* to be filed)
   chakkalakal@fr.com
   Texas Bar No. 24053676

   **FISH & RICHARDSON P.C.**
   1717 Main Street, Suite 5000
   Dallas, Texas 75201
   (214) 747-5070 - Telephone
   (214) 747-2091 – Facsimile


   COUNSEL FOR DEFENDANT
   BARTEC US CORPORATION.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 30, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.5(b).

*/s/ Neil J. McNabnay*
Neil J. McNabnay